**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-CJP<br><br>MDL No. 2100<br><br>Judge David R. Herndon |
| VICTORIA ANDERSON,<br><br>            Plaintiff<br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; and BAYER SCHERING PHARMA AG, a German corporation;<br><br>            Defendants. | Civil Action No.: 3:10-CV-12145-DRH-PMF |

## MOTION OF GIRARD GIBBS LLP AND

## DANKO MEREDITH TO WITHDRAW AS COUNSEL

COME NOW, Girard & Gibbs LLP and Danko Meredith (jointly, "Counsel") attorneys for the above-named Plaintiff, and hereby move the Court for permission to withdraw as counsel of record for the Plaintiff in the above-entitled matter for the reason that on May 6, 2014, Plaintiff terminated Girard Gibbs LLP and Danko Meredith as her counsel.  On May 7, 2014, Counsel provided the Plaintiff, who is a lawyer, with two Substitution of Counsel forms, one completed to identify herself as the new counsel of record and one left blank for Plaintiff to complete if new counsel of record is someone other than herself.  As of the date of this motion, Plaintiff has failed to identify new counsel for the filing of a substitution.

Plaintiff's last known address is 2 Sycamore Avenue, Freehold, New Jersey, 07728.

//

Dated: May 16, 2014	Respectfully submitted,

By: ___/s/ A. J. De Bartolomeo___
      A. J. De Bartolomeo

A. J. De Bartolomeo
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel:  (415) 981-4800
Fax: (415) 981-4846
E-mail:  ajd@girardgibbs.com


By: ___/s/ Michael Danko___
      Michael Danko

Michael Danko
**THE DANKO LAW FIRM**
247 North San Mateo Drive
San Mateo, CA 94401
Tel: (650) 342-6100
Fax: (650) 342-3483
Email: mdanko@dankolaw.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: ___/s/ A. J. De Bartolomeo___
      A. J. De Bartolomeo