UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : 3:09-md-02100-DRH-CJP<br>:<br>: MDL No. 2100<br>:<br>: Judge David R. Herndon |
| VICTORIA ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>Defendants. | : No. 3:10-CV-12145-DRH-PMF |

## ORDER REGARDING FEES

Pursuant to Case Management Order 14 (Master Case doc. 1042), the Fee Order entered on November 28, 2018 (Anderson member case doc. 32) failed to account for the MDL Common Benefit Fund assessment and therefore needs to be amended. CMO 14 and the terms of the executed settlement Release provide for Bayer to deposit 6% of the gross Total Settlement into the MDL Common Benefit Fund, which act it performed fully. As a consequence, the remaining Settlement Funds of $197,400 were

1

deposited into the Qualified Settlement Fund ("QSF") established by Lopez McHugh.

Therefore, the Court **ORDERS** Lopez McHugh, the administrator of the QSF, which has possession of the said $197,400, to distribute the settlement funds as follows:

| | |
|---|---|
| Plaintiff Victoria Anderson: | $108,229.57 |
| Girard Gibbs/Danko Meredith law firms; expenses: | $1,005.83 |
| Girard Gibbs/Danko Meredith law firms; fees: | $62,180.69[1] |
| Seithel Law Firm LLC, fees: | $2,792.89 |
| Seithel Law Firm LLC, expenses: | $2,899.29 |
| Sugerman Law LLC, fees: | $5,585.79 |
| Lopez McHugh LLP, fees: | $2,792.89 |
| Lopez McHugh LLP, expenses: | $1,176.80 |
| Rawlings Group (Medical Lien): | $10,736.25 |
| **Total Settlement Fund deposited in Lopez McHugh QSF:** | **$197,400.00** |

---

[1] The Order Regarding Attorney Fee Submissions (member case doc. 32) awarded Girard Gibbs/Danko Meredith law firms $70,580.69 in attorney fees. The firms will receive $62,180.69 from the Lopez McHugh QSF, and the remaining $8,400 was received by the MDL Common Benefit Fund for attorney fees.

All other terms and requirements of the Fee Order (member case doc. 32) remain in effect.

**IT IS SO ORDERED.**

Judge Herndon
2018.12.05
15:51:58 -06'00'

**United Stated District Judge**

3